IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER LEE DURNING,

Appellant,

v.

Case No.  5D21-2839
LT Case No. 2019-CF-000025-A-Z

STATE OF FLORIDA,

Appellee.
_____/

Decision filed May 3, 2022

Appeal from the Circuit Court
for Marion County,
Anthony M. Tatti, Judge.

Matthew J. Metz, Public Defender, and
Kathryn R. Radtke, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown Hartless,
Assistant Attorney General, Daytona Beach,
for Appellee.

PER CURIAM.

      AFFIRMED.


EDWARDS, HARRIS and NARDELLA, JJ., concur.